PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/(209)579-2211 Fax

Attorney for Defendant
EDUARDO ARELLANO-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDUARDO ARELLANO-FELIX ) <br> Defendant ) <br> ) <br> ) | CASE NO. 2:07-cr-00406-MCE <br><br> AMENDED STIPULATION AND ORDER TO VACATE DATE AND TO CONTINUE <br><br> DATE:11/20/08 <br> TIME: 9:00 A.M. <br> JUDGE: HON. MORRISON C. ENGLAND, JR. |

   Defendant EDUARDO ARRELLANO-FELIX through his attorney PRECILIANO MARTINEZ, and the United States of America, through its counsel of record, US Attorney JILL THOMAS, stipulate and agree to the following:

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel of record herein, that the hearing set for November 20, 2008 at 9:00am, is moved to December 11, 2008 at 9:00am. Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for plea negotiations.

///

| | | |
|---|---|---|
| 1 | **DATED: November 18, 2008** | **/s/Jill Thomas** |
| 2 | | **JILL THOMAS** |
| | | **Assistant U.S. Attorney** |
| 3 | | **Attorney for Plaintiff** |
| 4 | | |
| 5 | **DATED: November 18, 2008** | **/s/ Preciliano Martinez** |
| | | **PRECILIANO MARTINEZ** |
| 6 | | **Attorney for Defendant** |

**ORDER**

**IT IS SO ORDERED.**

**DATED: November 19, 2008**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE