PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
EDUARDO ARELLANO-FELIX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>EDUARDO ARELLANO-FELIX<br><br>   Defendant. | ) CASE NO. 2:07-cr-0406-MCE<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, AND CONTINUING CASE<br>)<br>) Date: April 2, 2009<br>) Time: 9:00a.m.<br>) Judge: Hon. Morrison C. England, Jr.<br>) |

   The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Trial Confirmation hearing currently scheduled for Thursday, April 2, 2009, at 9:00 a.m., and the Trial currently set for April 27, 2009 at 9:00 a.m., should be vacated and this matter should be continued until Thursday, May 7, 2009, at 9:00 a.m. for Entry of Plea.

   Further continuance is necessary because an agreement has been reached by the parties but remains to be signed by all parties.

   Therefore, additional time is needed to execute the plea offer submitted by the Government to the defendant.  Further time is also needed for settlement and meeting with the client.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including April 23, 2009.

Accordingly, the defendant and the United States agree and stipulate that the Trial Confirmation and Trial dates currently scheduled should be vacated and a date set for Entry of Plea at 9:00 a.m. on Thursday, May 7, 2009.

**IT IS SO STIPULATED**

DATED: April 1, 2009                                    /s/ Preciliano Martinez
                                                       PRECILIANO MARTINEZ
                                                       Attorney for Defendant
                                                       Eduardo Arellano-Felix


Dated: April 1, 2009                                   /s/Jill M. Thomas
                                                       JILL M. THOMAS
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff


**ORDER**


        **IT IS SO ORDERED.**


DATED: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2