1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:07-cr-00406 MCE EFB P

12      vs.

13   EDUARDO ARELLANO-FELIX,

14          Movant.                        ORDER

15   _____/

16          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17   aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On February 28, 2012, the previously assigned Magistrate Judge filed findings

20   and recommendations recommending that Respondent file an answer with respect to Claim I and

21   that Claim II be denied.  (ECF No. 130.)  On July 6, 2012, the Court adopted the findings and

22   recommendations in full.  (ECF No. 133.)  In the July 6, 2012 Order, the Court directed

23   respondent to expressly state in its answer whether it objects to this Court vacating and

24   reentering the judgment without a hearing to allow an appeal to proceed without deciding that

25   Movant's Claim I is true.  Id.; see United States v. Sandoval-Lopez, 409 F.3d 1193, 1198 (9th

26   Cir. 2005).

1

1    Respondent filed an answer on July 23, 2012.  (ECF No. 134.)  In its answer, respondent

2 stated that it does not object to the Court vacating and reentering judgment without a hearing.

3 Id.

4    Accordingly, it is hereby ORDERED that:

5    1.  The judgment that was previously entered as to Movant on August 5, 2009 is

6 hereby VACATED;

7    2.  The Clerk of the Court shall reenter judgment as of the date of filing this

8 Order;

9    3.  Movant shall file a notice of appeal within 14 days of the reentry of judgment,

10 should Movant continue to desire to appeal; and

11    4.  The Clerk of the Court is directed to close the companion civil case, No. 2:10-

12 cv-2258 MCE EFB.

13 DATED:    February 22, 2013

14

15

16                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                       UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26