HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDUARDO ARELLANO-FELIX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>EDUARDO ARELLANO-FELIX,<br><br>            Defendant. | No. Cr. S 07-406 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

Defendant, EDUARDO ARELLANO-FELIX, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On July 30, 2009, this Court sentenced Mr. Arellano-Felix to a term of 134 months imprisonment;[1]

---

[1] On March 13, 2013, an amended judgment (CR 136) was filed as a result of Mr. Arellano-Felix's motion to vacate his sentence. The amended judgment is identical to the original judgment and was filed to permit him to pursue a belated direct appeal. No notice of appeal was filed however.

Stipulation and Order Re: Sentence Reduction                    1

3. His total offense level was 35, his criminal history category was I, and the resulting guideline range was 168 to 210 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Arellano-Felix was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Arellano-Felix's total offense level has been reduced from 35 to 33, and his amended guideline range is 135 to 168 months. A reduction comparable to the one received at the initial sentencing would produce a term of 108 months, but Mr. Arellano-Felix is subject to a mandatory minimum term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Arellano-Felix' term of imprisonment to 120 months.

Respectfully submitted,

Dated: May 15, 2015                              Dated: May 15, 2015

BENJAMIN B. WAGNER                               HEATHER E. WILLIAMS
United States Attorney                           Federal Defender


 /s/ *Jason Hitt*                                  /s/ *David M. Porter*
JASON HITT                                       DAVID M. PORTER
Assistant U.S. Attorney                          Assistant Federal Defender

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA                         EDUARDO ARELLANO-FELIX

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Arellano-Felix is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 135 to 168 months. A reduction comparable to the one received at the initial sentencing would produce a term of 108 months, however Mr. Arellano-Felix is subject to a mandatory minimum term of 120 months.

Stipulation and Order Re: Sentence Reduction                    2

1       IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2009 is
2 reduced to a term of 120 months.
3       IT IS FURTHER ORDERED that all other terms and provisions of the amended
4 judgment filed March 13, 2013 remain in effect.  The clerk shall forthwith prepare an amended
5 judgment reflecting the above reduction in sentence, and shall serve certified copies of the
6 amended judgment on the United States Bureau of Prisons and the United States Probation
7 Office.
8       Unless otherwise ordered, Mr. Arellano-Felix shall report to the United States Probation
9 Office within seventy-two hours after his release.
10      IT IS SO ORDERED.
11 Dated:  May 26, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT